IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-CV-00207-F

| | |
|---|---|
| MYRA WOODS,<br>    Plaintiff,<br><br>v.<br><br>ALLIANCE ONE RECEIVABLES<br>MANAGEMENT, INC.,<br>    Defendant. | )<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>)<br>) |

This matter is before the court on Plaintiff Myra Woods's motion [DE-12] to seal. Plaintiff seeks to seal Exhibit A to her Complaint because it contains her full, un-redacted social security number. Rule 5.2(a) of the Federal Rules of Civil Procedure provides that unless the court orders otherwise, an electronic or paper filing may contain only the last four digits of an individual's social security number. Accordingly, Plaintiff's motion to seal is ALLOWED as follows:

- The Clerk of Court is DIRECTED to maintain Exhibit A to the Complaint in its unredacted form under seal.
- Plaintiff is ORDERED to file Exhibit A, with Plaintiff's social security number redacted in compliance with Fed. R. Civ. P. 5.2(a), within **seven days** of the filing date of this order.[1]

SO ORDERED.

This, the *16* day of September, 2016.

                                                                *James C. Fox*
                                                            JAMES C. FOX
                                                            Senior United States District Judge

---

[1] The court can perceive no reason why redaction, as opposed to sealing the entire document, would be insufficient to protect Plaintiff's interest.