August 26, 2015

Alliance One
612-307-5052

# *RE: Myra Wood*

To Whom It May Concern:

Per your request, please find the hereto accompanied Limited Power of Attorney/Letter of Authorization in favor of United Consumer Advocacy Network, Inc. ("UCAN").

Please note that UCAN is *not* a debt management company for the above referenced individual. Rather, we are a consumer advocacy firm whose primary purpose is to watch and protect debtors' rights in the collection process.

While we recognize that there are many creditors/collectors that follow the law, there are a few bad apples in the bunch. To address those few "bad apples", we keep a keen eye on the state of debt collection. We earnestly believe in creating a balanced playing field in the world of credit, for both debtor and creditor alike.

The above referenced individual has taken responsibility for her debt situation. She has every intention to pay your company. Therefore, in light of the foregoing and in light of the fact that the above referenced individual is currently experiencing a significant financial hardship, we respectfully request that your company subside telephone communications with the above referenced individual so as to give her some time to work things out and have your company paid.

If you have any questions regarding anything relating to what we do, please feel free to contact us.

We thank you for your anticipated cooperation and have a great day.

Sincerely,

Julienne P.
United Consumer Advocacy Network, LLC
1061 Main Street
Banco Park #6
North Huntingdon, PA 15642
Phone: (877) 462-8226
www.ucan.net

# LETTER OF AUTHORIZATION

By this document, it is hereby acknowledged, that I/We, the undersigned ("CLIENT" and/or "CO-CLIENT"), do hereby grant limited and specific authorization to the United Consumer Advocacy Network, its representatives, and/or assigns ("UCAN"), for the specific purposes as listed within this document.

- UCAN shall have authority to discuss, release or obtain any personal information relating to my credit, debt, assets, and any other financial information.
- This authority shall also include any incidental acts that are reasonably required to carry out and perform the specific authorities herein granted.
- Further, I authorize and instruct any and all of my unsecured creditors to discuss my account(s) with UCAN.

This authorization shall be effective upon signing. While this authorization may be revoked by the CLIENT and/or CO-CLIENT at any time, it will automatically terminate upon completion of services by UCAN.

A copy or facsimile shall have the same force and effect as the original.

Myra B. Wood | Myra B. Wood | 5/20/15
--- | --- | ---
CLIENT Name (Please Print) | CLIENT Signature | Date

_____ | _____ | _____
CO-CLIENT Name (Please Print) | CO-CLIENT Signature | Date

## For Notary Use Only

Notary Signature: Lashika Holley
Printed Name: Lashika Holley

[Notary Seal: Lashika Holley, Notary Public, Pitt County, NC]

Executed this 20th day of May, 2015
In the county of Pitt, state of NC