IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-CV-00207-F

| | |
|---|---|
| MYRA WOODS,<br>    Plaintiff,<br><br>v.<br><br>ALLIANCE ONE RECEIVABLES<br>MANAGEMENT, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)   **ORDER**<br>)<br>)<br>)<br>) |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to any party to move to reopen should settlement not be consummated on or before December 1, 2016. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before December 15, 2016.

SO ORDERED.

This, the 21st day of September, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge